UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.    22-80085-CR-CANNON

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

HAITHAM YOUSEF ALHINDI,
    Defendant.
_____:

## NOTICE OF APPEAL

Notice is hereby given that Haitham Yousef Alhindi, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order Denying Defendant's Motion to Dismiss Indictment and Ordering BOP to Commence 18 U.S.C. § 4241 (d)(1) Hospitalization of Defendant at Suitable Facility entered in this action on the 21st day of April, 2023.

Respectfully submitted,

MICHAEL CARUSO
Federal Public Defender

*s/ Scott Berry*
Scott Berry
Assistant Federal Public Defender
Attorney for the Defendant
Florida Bar No. 0525561
450 South Australian Avenue, Suite 500
West Palm Beach, Florida 33401
(561) 833-6288 - Telephone
Scott_Berry@fd.org

1

CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                             *s/ Scott Berry*
                                             Scott Berry