The Honorable Judge Aileen M. Cannon  
Case # (9:22-cr-80085-AMC)

Wednesday  
Dec 20TH 2023

Your Honor, I want to dismiss my Conceller (Mr. Scottberry) For Lack of Ineffictiveness on my Case Due to the Following Reasons:

I asked Mr. Scottberry to Retrieve Video Footage that contains Blaitent Proof of Not only (Special Agent Christopher Anderson) personal Vendetta against me, but of how He came to Frame me For the current charges that are Completly perpostrious.

Also to retrieve the entire Translation of messages that were wrongly translated For I aim to prove so very easily, but cannot because Mr. Scottberry's Ineffectiveness is gravely Hindering my Deffense.

He Mr. Scottberry has also with out my Consent and against my wishes has waved my Rights to a Fast and Speedy Trail and a Peliminary Hearing. Also my right to apear at any and all Hearing regarding my Case.

This Continues to be a Grave injustice being Done to me By Mr. Scottberry So Again I ask that He Mr. Scottberry Be Dismissed As my Consel For Ineffectness, and Violating my Rights.

I Thank You For Your Time.

Respectfuly,  
Haitham Alhindi.

FILED BY WC D.C.  
JAN 0 2 2024  
ANGELA E. NOBLE  
CLERK U.S. DIST. CT.  
S. D. OF FLA. - FT. PIERCE

FEDERAL MEDICAL CENTER
P.O. BOX 1600
BUTNER, NORTH CAROLINA 27509

DATE: 12/22/2023

"SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened or inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee, please return the enclosed to the above address.

Name: Haitham AL Hindi       Number: 01838510
Federal Medical Center
P.O. Box 1600
Butner, NC 27509

RECEIVED
DEC 29 2023
CLEARED X-RAY
FTP

Att: Clerk of Courts
To: The Honorable Aileen M. Cannon
101 North US HWY 1
Fort Pierce FL 34950



RALEIGH NC 275
Research Triangle Region
26 DEC 2023 PM 1 L

3495084285 C007